IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: SONYA LYNN MATHES,
        DEBTOR(S)　　　　　　　　　　　CHAPTER 13 BANKRUPTCY
　　　　　　　　　　　　　　　　　　　　　　　　CASE NO.:   23-51284 -KMS

DAVID RAWLINGS, TRUSTEE

**TRUSTEE'S RESPONSE TO DEBTOR'S MOTION TO MODIFY CHAPTER 13 PLAN**

    COMES NOW, the Chapter 13 Trustee, David Rawlings, by and through his attorney, and files this Response and says:

1.    The Motion and Notice To Modify Plan (Docket #72) asks to surrender the 2017 Chevrolet Malibu to Republic Finance because the third-party that was contributing to that payment is no longer making contributions.

2.    The Amended I/J (Docket 71), appears to show Debtor has $103.50 left to fund plan payments.

3.    The confirmed plan is still paying on the following:  Exter Finance for a 2015 Ford Expedition; Foursight Capital for a 2020 Dodge Ram; Mississippi Department of Revenue on Priority Taxes; and attorney fees that are still owed.  The current confirmed plan is 0% to unsecured creditors.

4.    The trustee calculates the needed payment to complete the case paying all things in Paragraph 3 above to be approximately $1,615.66 per month.

5.    The needed plan payment going forward appears to be not feasible for the Debtor.

–1–

–2–

6.      The Debtor should file an Amended I/J showing plan feasibility, or be given the opportunity to file a feasible plan going forward. In the event the plan is no longer feasible for Debtor the case should be dismissed or converted to Chapter 7 if eligible.

WHEREFORE, PREMISES CONSIDERED, the Trustee prays relief as set out herein. Further, the Trustee prays for such other relief, either general or specific, as to which this Court may deem meet and proper.

Respectfully submitted,

DAVID RAWLINGS, TRUSTEE

BY: */s/ Brian Wilson*
       Brian Wilson,
       His Attorney

Brian Wilson
Attorney for Chapter 13 Trustee
Post Office Box 566
Hattiesburg, MS 39403-0566
Telephone: (601) 582-5011
Miss. Bar No. 99994

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that I have on this day forwarded, via the Court's ecf filing system, a true and correct copy of the foregoing Response to: the US Trustee, 501 East Court Street, Suite 6-430, Jackson, Mississippi 39201; T.C. Rollins, P.O. Box 13767, Jackson, Mississippi 39236 by US Mail, 1st Class, fully prepaid.

So certified on this the 26 day September 2025.

*/s/ Brian Wilson*
Brian Wilson