United States Bankruptcy Court
Southern District of Mississippi

In re:  
Sonya Lynn Mathes  
    Debtor

Case No. 23-51284-KMS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 2  
Date Rcvd: Oct 28, 2025     Form ID: hn021kms     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Sonya Lynn Mathes, 45 Bennett Rd, Sumrall, MS 39482-4315 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 30, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Christopher Wilson | on behalf of Trustee David Rawlings bwilson@rawlings13.net |
| Christopher D Meyer | on behalf of Creditor Exeter Finance LLC cmeyer@burr.com sberry@burr.com;cmccann@burr.com;kpitts@burr.com;NDBKFL@burr.com |
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Sonya Lynn Mathes trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |

District/off: 0538-6  User: mssbad  Page 2 of 2
Date Rcvd: Oct 28, 2025  Form ID: hn021kms  Total Noticed: 1

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 6

Form hn021kms (Rev. 05/23)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:

    Sonya Lynn Mathes                                                            **CASE NO. 23−51284−KMS**

    **DEBTOR.**                                                              **CHAPTER 13**

**NOTICE OF HEARING**

    The Debtor has filed a Motion to Modify Bankruptcy Plan (the "Motion") (Dkt. #72) with the Court in the above−styled case.

    **<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you might wish to consult one.)**

    The Court will hold a hearing on November 18, 2025, at 01:30 PM in the Bankruptcy Courtroom, 7th Floor, Dan M. Russell, Jr. U.S. Courthouse, 2012 15th Street, Gulfport, Mississippi, to consider and act upon the Motion and the Response filed by the Trustee (Dkt. #73).

    The hearing will be conducted by video conference. Parties wishing to participate by video conference must appear in the William M. Colmer Federal Building, 2nd Floor Bankruptcy Courtroom, 701 Main Street, Hattiesburg, Mississippi. For procedures regarding video conferencing, please see the *Standing Order Regarding Video Conferencing in Proceedings Before Judge Katharine M. Samson* at: www.mssb.uscourts.gov under the Rules/Orders/Procedures tab.

    If you filed a response, you or your attorney are required to attend the hearing. Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney. The hearing will be electronically recorded by the Court.

Dated: 10/28/25                                                     Danny L. Miller, Clerk of Court
                                                                                      U.S. Bankruptcy Court
                                                                                      Dan M. Russell, Jr. U.S. Courthouse
                                                                                      2012 15th Street, Suite 244
                                                                                        Gulfport, MS 39501
                                                                                        228−563−1790

Courtroom Deputy
228−563−1797 (use to advise of settlement)
228−563−1841

<u>Parties Noticed</u>:

Sonya Lynn Mathes, Debtor

Thomas Carl Rollins, Jr., Esq.

David Rawlings, Trustee

Brian Wilson, Esq.