**SO ORDERED,**

*Katharine M. Samson*

**Judge Katharine Samson**
**United States Bankruptcy Judge**
**Date Signed: November 17, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

SONYA LYNN MATHES             CASE NO. 23-51284 KMS

**DEBTOR .**             **CHAPTER 13**

## ORDER RESETTING HEARING

THIS Cause having come on this date on the Motion to Modify Chapter 13 Plan filed by the Debtor (Dkt. #72) and the Court having considered the facts herein, finds that the hearing on November 18, 2025, should be continued and reset.

IT IS, THEREFORE, ORDERED that the hearing on the Motion to Modify Chapter 13 Plan hereby is continued and reset for December 16, 2025, at 1:30 p.m., in the Bankruptcy Courtroom, 7th Floor, Dan M. Russell, Jr. U. S. Courthouse, 2012 15th Street, Gulfport, Mississippi. This hearing will be conducted by video conferencing. Parties wishing to participate by video conference must appear in the William M. Colmer Federal Building, Bankruptcy Courtroom, 701 Main Street, Hattiesburg, Mississippi. Please see the Standing Order Regarding Video Conferencing in Proceedings Before Judge Katharine M. Samson at: www.mssb.uscourts.gov under the Rules/Orders/Procedures tab.

##END OF ORDER##

Courtroom Deputy
228-563-1797 (use to advise of settlement)
228-563-1841