# Proceeding Minutes / Proceeding Memo

**Case #:** 23-51284  **Case Name:** Sonya Lynn Mathes

**Set:** 12/16/2025 01:30 pm  **Chapter:** 13  **Type:** bk  **Judge** Katharine M. Samson

**matter** Motion and Notice to Modify Chapter 13 Plan with Certificate of Service Date of Service: 9/22/2025 Filed by Debtor Sonya Lynn Mathes Objections due 10/22/2025. Note: See Fed. R. Bankr. P. 9006(f). Three additional days may be allowed for qualifying parties. (Attachments: # 1 Proposed Order)  (Dkt. #72)

Response filed by the Trustee (Dkt. #73)

---

Minute Entry Re: (related document(s): [72] Motion and 30 Day Notice to Modify Plan filed by Sonya Lynn Mathes) Order withdrawing Response submitted by Wilson. Tickle for date: 12/23/2025. Hearing removed. (mcc)