

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: December 11, 2025**

**The Order of the Court is set forth below. The docket reflects the date entered.**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     SONYA LYNN MATHES,
           DEBTOR(S)

                                        CHAPTER 13 BANKRUPTCY
                                        CASE NO. 23-51284-KMS

DAVID RAWLINGS, TRUSTEE

## ORDER ON
## TRUSTEE'S RESPONSE

THIS DAY, THIS CAUSE came on to be considered on the the Trustee's Response (Docket #73).

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Trustee's Response (Docket #73) is withdrawn.

IT IS, FURTHER, ORDERED AND ADJUDGED that this Order shall be considered a final judgment as set forth in Rule 9021 of the Federal Rules of Bankruptcy Procedure and Rule 58 of the Federal Rules of Civil Procedure.

##END OF ORDER##

Submitted and Approved By:

/s/Brian Wilson, Attorney
for Chapter 13 Trustee PO
Box 566
Hattiesburg, MS  39403
(601) 582-5011 Miss.
Bar No. 99994
bwilson@rawlings13.net